**Order issued February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-01049-CR
_____

### JOHN ALCANTAR ALVA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Lang-Miers, Myers, and Lewis

Based on the Court's opinion of this date, we **GRANT** the October 11, 2013 motion of George R. Conkey for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove George R. Conkey as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to John Alcantar Alva, Bookin No. 13040493, North Tower-5W05, Dallas County Jail, P.O. Box 660334, Dallas, Texas, 75266-0334.


/ Lana Myers/
LANA MYERS
JUSTICE